IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 301

| | | |
|---|---|---|
| JESSICA SIMPSON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| AMYLIN PHARMACEUTICALS, INC., | ) | |
| TODD BILLINGSLEY, DENISE | ) | |
| PRINDIVILLE, and CAROLINE ESPREE, | ) | |
| | ) | |
| Defendants | ) | |

**THIS MATTER** is before the undersigned pursuant to a Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#12). After receipt of the certification, the undersigned began the preparation of a Pretrial Order and Case Management Plan. After a review of the file it appeared there has not been a joinder of the issues in this case which is required by LCvR 16.1(A) and (D) in this case. An examination of the file does not show that an answer has been filed by defendants to the allegations contained in the First Amended Complaint (1). It would further appear that the time for defendants to file an answer to the amended complaint has expired. Due to the fact that issues have not joined as provided by the Local Rules the Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#12) will be ordered to be stricken from the record. Plaintiff's counsel and defendants' counsel are hereby placed on notice that an answer has not been filed and issues have not joined.

# ORDER

**IT IS, THEREFORE, ORDERED** that the Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#12) is hereby **ORDERED** to be stricken from the file in this matter.

Signed: September 6, 2012

Dennis L. Howell
United States Magistrate Judge