IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv301

| | |
|---|---|
| JESSICA SIMPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> AMYLIN PHARMACEUTICALS, INC., ) <br> TODD BILLINGSLEY, DENISE ) <br> PRINDIVILLE, and CAROLINE ) <br> ESPREE, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

Pending before the Court is the Motion for Discovery [# 20]. Plaintiff moves to compel Defendant Amylin Pharmaceuticals, Inc. to respond to Plaintiff's First Set of Interrogatories and First Set of Document Production Requests. Upon a review of the parties' briefs and the record in this case, the Court **DIRECTS** the parties to appear for a hearing on March 6, 2013, at 1:00 p.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. At the hearing, the Court will address the Plaintiff's Motion for Discovery. The Court **DIRECTS** the parties to meet in person or by telephone prior to March 4, 2013, and attempt to resolve this discovery

dispute without the Court's intervention. The Parties shall file a joint status report by March 5, 2013, setting forth the steps they took to resolve this dispute, whether they were able to resolve any of the outstanding discovery issues, and what issues remain for the Court to address at the hearing.

Signed: February 26, 2013

Dennis L. Howell
United States Magistrate Judge