IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv301

| | |
|---|---|
| JESSICA SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| AMYLIN PHARMACEUTICALS, INC., ) | |
| TODD BILLINGSLEY, DENISE ) | |
| PRINDIVILLE, and CAROLINE ) | |
| ESPREE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Motion to Reconsider [# 30]. The Court **DIRECTS** Plaintiff to file a response to the Motion by April 5, 2013. To the extent that the parties can mutually agree to the relevant geographic terms and jointly agree to modify the Court's prior oral Order, the parties may do so. If the parties cannot come to any such agreement the Court will rule on the pending motion [# 30].

Signed: April 2, 2013

Dennis L. Howell
United States Magistrate Judge