# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:11cv301

| | | |
|---|---|---|
| JESSICA SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| AMYLIN PHARMACEUTICALS, INC., | ) | |
| TODD BILLINGSLEY, DENISE | ) | |
| PRINDIVILLE, and CAROLINE | ) | |
| ESPREE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Reconsider [# 30]. Defendant

Amylin Pharmaceuticals, Inc. ("Amylin") moves to reconsider the Court's oral

Order of March 11, 2013, setting the geographic territories applicable to Plaintiff's

discovery requests. As a threshold matter, Defendant Amylin has failed to comply

with the Local Rules of this Court, which require the filing of a brief

contemporaneously with the filing of a motion to reconsider. LCvR 7.1(C). For

this reason alone, the motion is subject to being denied. Moreover, the geographic

region that was created by the Court to embrace the Southeast Region was largely

the result of counsel for Amylin's inability to offer any guidance to the Court at the

-1-

hearing regarding the geographic regions used by his client. Counsel for Defendant had ample opportunity at the hearing to present such information to the Court at the hearing but failed to do so. Accordingly, the Court **DENIES** the motion [# 30] to the extent it seeks reconsideration of the Court's Order. Defendant Amylin shall have until April 26, 2013, to produce documents for the Southeast Region as defined by the Court in its March 11, 2013, oral Order.

Signed: April 11, 2013

Dennis L. Howell
United States Magistrate Judge

Case 1:11-cv-00301-MR-DLH   Document 37   Filed 04/11/13   Page 2 of 2