**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv301**

| | | |
|---|---|---|
| JESSICA SIMPSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMYLIN PHARMACEUTICALS, INC., | ) | |
| TODD BILLINGSLEY, DENISE | ) | |
| PRINDIVILLE, and CAROLINE | ) | |
| ESPREE, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Reconsider [# 30]. Defendant Amylin Pharmaceuticals, Inc. ("Amylin") moves to reconsider the Court's oral Order of March 11, 2013, setting the geographic territories applicable to Plaintiff's discovery requests. As a threshold matter, Defendant Amylin has failed to comply with the Local Rules of this Court, which require the filing of a brief contemporaneously with the filing of a motion to reconsider. LCvR 7.1(C). For this reason alone, the motion is subject to being denied. Moreover, the geographic region that was created by the Court to embrace the Southeast Region was largely the result of counsel for Amylin's inability to offer any guidance to the Court at the

hearing regarding the geographic regions used by his client.  Counsel for Defendant had ample opportunity at the hearing to present such information to the Court at the hearing but failed to do so.   Accordingly, the Court **DENIES** the motion [# 30] to the extent it seeks reconsideration of the Court's Order.  Defendant Amylin shall have until April 26, 2013, to produce documents for the Southeast Region as defined by the Court in its March 11, 2013, oral Order.

Signed: April 11, 2013

Dennis L. Howell
United States Magistrate Judge