# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:11cv301

| | |
|---|---|
| JESSICA SIMPSON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| AMYLIN PHARMACEUTICALS, INC., TODD BILLINGSLEY, DENISE PRINDIVILLE, and CAROLINE ESPREE, | ) |
| Defendants. | ) |

Pending before the Court is Plaintiff's Motion to Seal [# 63]. Upon a review of the docket, Plaintiff's motion, and the relevant case law, the Court **GRANTS** the Motion [# 63]. The Court **DIRECTS** the Clerk to place under seal exhibits 1-21 attached to the Affidavit of Glen C. Shults [# 64, # 65, # 66, # 67]. These documents shall remain under seal with access restricted to the parties in this action until the Court directs otherwise.

Signed: July 23, 2013

Dennis L. Howell
United States Magistrate Judge