# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Jessica T. Simpson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:11-cv-00301-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Amylin Pharmaceuticals, Inc.**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 3, 2013 Order.

October 3, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court